

# Missouri Court of Appeals
## Southern District

**APRIL 7, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD33191

     Re:    IN RE THE MARRIAGE OF:
            MICHELLE D. JAMES and
            JERRY SAMUEL JAMES
            MICHELLE D. JAMES,
            Petitioner-Appellant,
            v.
            JERRY SAMUEL JAMES,
            Respondent-Respondent.